UNITED STATES DISTRICT COURT
for the
Western District of Washington

CERTIFIED TRUE COPY
ATTEST: RAVI SUBRAMANIAN
Clerk, U.S. District Court
Western District of Washington

By _____ Deputy Clerk

| | |
|---|---|
| In the Matter of the Search of | ) |
| | ) |
| Information associated with One (1) Target Accounts/Identifiers (TT2), for Investigation of 21 U.S.C. § 21 and Other Offenses 841 & 846 | ) Case No.  MJ22-076-2 <br> ) <br> ) |

## SEARCH AND SEIZURE WARRANT AND PEN-TRAP ORDER

To:     Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the person or property located in the western District of Washington, described in Attachment A2.  This Court has authority to issue this warrant under 18 U.S.C. §§ 2703(c)(1)(A) and 2711(3)(A) and Federal Rule of Criminal Procedure 41.

     I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described in Attachment A2, and that such search will reveal the property and evidence described in Attachment B.  Because the government has satisfied the requirements of 18 U.S.C. § 3122 and 18 U.S.C. § 2703, this warrant also constitutes a pen-trap order under 18 U.S.C. § 3123 and an order for disclosure of non-content subscriber or customer records under 18 U.S.C. § 2703(c)(1).

     Pursuant to 18 U.S.C. §§ 3123(b)(2) and 3124(a)-(b), AT&T shall furnish the government all information, facilities, and technical assistance necessary to accomplish the collection of the Location Information identified in Attachment B unobtrusively and with a minimum of interference with AT&T's services.  The government shall compensate AT&T for reasonable expenses incurred in furnishing such facilities or assistance.

     **YOU ARE COMMANDED** to execute this warrant on or before **March 11, 2022** *(not to exceed 14 days)*

☐ in the daytime 6:00 a.m. to 10:00 p.m.   ☒ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.  Alternatively, notice may be given by serving the wireless provider with a copy of this warrant pursuant to 18 U.S.C. § 2703 and 18 U.S.C. § 3123. **Delayed notice is authorized until May 26, 2022.**

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to any U.S. Magistrate Judge in the Western District of Washington.

Date and time issued: February 25, 2022, at 10:30 AM

_____
*Judge's signature*

Mary Alice Theiler, United States Magistrate Judge
*Printed name and title*

City and state: Seattle, Washington

AO 93  (Rev. 11/13) Search and Seizure Warrant (Page 2)

| **Return** ||| 
|---|---|---|
| Case No.: | Date and time warrant executed: | Copy of warrant and inventory left with: |
| Inventory made in the presence of : |||
| Inventory of the property taken and name of any person(s) seized: <br><br><br><br><br><br>*Reid* *[signature]* |||

**Certification**

　　　I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

*SA Salvatore Giampapa*

Date: _____

_____
*Executing officer's signature*

_____
*Printed name and title*